[No. 11133-7-I. Division One. November 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DANA
MARK WALTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-02470-6, Frank L. Sullivan, J., entered December 17, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Callow and Scholfield, JJ.

[No. 12152-9-I. Division One. November 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ABDULZAKAT
K. MUHAMMAD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00902-1, Horton Smith, J., entered September 1, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Callow and Corbett, JJ.

[No. 12421-8-I. Division One. November 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAY
EDWIN WHITELY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00415-1, James J. Dore, J., entered October 20, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Williams, J., and Walterskirchen, J. Pro Tem.